Mary Margaret Regan, Appellee, v. Francis Keating et al., Defendants.
Appeal of Francis Keating et al., Appellants.

Gen. No. 41,988.

Heard in first division, first district, this court at October term, 1941; opinion filed June 1, 1942. Ekern, Meyers & Matthias, for appellants; Donald L. Thompson, Vernon A. Forsberg and William G. Chorn, of counsel; Francis J. Gariepy, for appellee; Charles E. Mallon, Owen Rall and Andrew W. Bunta, of counsel. Opinion by PRESIDING JUSTICE MCSURELY. "Not to be published in full."